SCANNED at PENDLETON and Emailed on 12/6/18 by WL - 2 pages.
(date)   (initials)   (num)

FILED
10:46 am, Dec 07, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

United States District Court
Southern District of Indiana
Indianapolis, Division

Michael Hendricks
    Plaintiff,

V.

Wexford Health, et al.,
    Defendants

No. 1:18-CV-01714-JMS-DLP

## Motion to Amend Complaint

Here comes the Plaintiff Hendricks, asking the Honorable Judge Magnus-Stinson, to allow me to change the Defendant Wexford Health name to Wexford Of Indiana, LLC.

1. Attorney Bitner, Attorney No. 34981-49, filed a [Disclosure Statement Rule 7.1] on 10/17/2018.... it states as follows: Defendant, Wexford Of Indiana LLC, in compliance with Federal Rule 7.1, hereby states as follows: "Wexford of Indiana, LLC is a wholly owned subsidiary of the Bantry Group Corporation. The Bantry Group Corporation owns 100% of Wexford

of Indianapolis, LLC. All entities are private, and therefore are not publicly held corporations.

Enclosing, Plaintiff Hendricks, doesn't know the law of language, but I only an only will be making an uneducated guess that I should request the name be change from Wexford Health to Wexford Of Indiana, LLC.

Michael C. Hendricks
#901825  #10-1C
11-29-2018